UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JOHN DAVID KUEHNE, JR.,

        Case No. 3:10-cv-379

    Petitioner,        Case No. 3:03-cr-063

-v-        Judge Thomas M. Rose
        Magistrate Judge Sharon L. Ovington

UNITED STATES OF AMERICA,

    Respondent.

_____

**ENTRY AND ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (Doc. #385) IN ITS ENTIRETY; DENYING KUEHNE'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. #384) AND DENYING KUEHNE'S MOTION FOR AN EXTENSION OF TIME (Doc. #383) AS MOOT**

_____

      On October 3, 2012, Magistrate Judge Ovington issued a Report and Recommendations (doc. #385) finding that John David Kuehne, Jr's ("Kuehne's") Application for a Certificate of Appealability should be denied and his Motion for an Extension of Time should be denied as being moot. Kuehne objected (doc. #388), and the time has run and the United States of America has not responded. Kuehne's objections to this Report and Recommendations are, therefore, ripe for decision.

      As required by 28 U.S.C. §636(b) and Federal Rules of Civil Procedure Rule 72(b), the District Judge has made a de novo review of the record in this case. Upon said review, the Court finds that the Kuehne's Objections to the Magistrate Judge's Report and Recommendations are not well-taken, and they are hereby OVERRULED. The Magistrate Judge's Report and Recommendations is adopted in its entirety.

      Kuehne's Application for a Certificate of Appealability (doc. #384) is DENIED. Further,

Kuehne's Motion for Extension of Time To Submit Application for Certificate of Appealability (doc. #383) is DENIED as being moot.

  **DONE** and **ORDERED** in Dayton, Ohio this Fourth day of December, 2012.

                    **s/Thomas M. Rose**

                _____
                    THOMAS M. ROSE
               UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record